# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JIBRI WARD-RICHARDSON and YESENIA ROBAINA, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 2:21-cv-00235-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Gainesville, Georgia, this 6th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/Shane Gazaway
   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   September 6, 2023
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
   Deputy Clerk